**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TRAVIS TANIMURA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01520-BLF<br><br>**ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE THRESHOLD SUMMARY JUDGMENT MOTION**<br><br>[Re: ECF 40] |

Defendant Experian Information Solutions, Inc. seeks leave to file a threshold summary judgment motion based on Requests for Admissions ("RFAs") which are deemed admitted as a result of Plaintiff Travis Tanimura's failure to respond to them. Tanimura opposes the motion, stating that if Experian will not stipulate to permit him to file late responses, he will seek leave of court to do so.

Experian's motion is GRANTED. Experian may file an early motion for summary judgment totaling seven pages or less. Any opposition brief shall total seven pages or less, and any reply brief shall total four pages or less. Briefing on the motion otherwise shall be governed by the Court's Civil Local Rules. The motion will be deemed submitted for disposition without oral argument upon the completion of briefing or upon the day after a brief is due if no brief is filed. If Tanimura files a motion for leave to file a late response to Experian's RFAs on or before the deadline for opposing Experian's summary judgment motion, the Court will defer ruling on the summary judgment motion pending disposition of Tanimura's motion for leave. Any such motion

1  for leave to file a late response to Experian's RFAs shall be directed to the magistrate judge
2  assigned to the case.
3  **IT IS SO ORDERED.**

5  Dated:  January 3, 2017

       _____
       BETH LABSON FREEMAN
       United States District Judge